FILED
2010 Jul-29 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JESSICA GRAMMER-PRESTRIDGE,   )
                              )
        Plaintiff             )
                              )
vs.                           )
                              )   Case No. 1:08-cv-00722-IPJ
O'REILLY AUTOMOTIVE, INC.,    )
d/b/a O'REILLY AUTO PARTS,    )
a Missouri Corporation,       )
                              )
        Defendant             )

## MEMORANDUM OPINION

On June 18, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On July 2, 2010, plaintiff filed objections to the magistrate judge's report and recommendation. On July 16, 2010, defendant filed a response to plaintiff's objections.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the objections thereto and the response to the objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that plaintiff's Motion for

Partial Summary Judgment be denied and that defendant's Motion for Summary Judgment be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 29th day of July 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE